**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/13/2021

IN RE:

PATRICK E. TEATS, SR.
31 WATER STREET
P.O. BOX 49
KARTHAUS, PA  16845
XXX-XX-0088          Debtor(s)

Case No. 18-70419 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR  
RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/13/2021

/s/Trustee'sAdministrativAssistant  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com  

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JCP/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2569 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CLEARFIELD COUNTY TAX CLM BUR**<br>230 E MARKET ST STE 121<br>CLEARFIELD, PA 16830-2448 | Trustee Claim Number: 3   INT %: 9.00%<br>Court Claim Number:<br>CLAIM: 1,500.00<br>COMMENT: 16-17/SCH*$@9%/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **KARTHAUS-BURNSIDE JOINT SEWER AUTHORI**<br>PO BOX 97<br>KARTHAUS, PA 16845 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 550.00<br>COMMENT: RS/OE*SEC'D SURR/PL~17/SCH*TIMELY*PAY? | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0025 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: RS/OE*SURR/PL*CL=65835.41 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9608 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CKG AREA AUTHORITY**<br>PO BOX 104<br>FRENCHVILLE, PA 16836 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 63.00<br>COMMENT: 4393~18~WTR/SCH*SVC THRU 7/6/18*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 371 |
| **CNB BANK**<br>PO BOX 42<br>31 S SECOND ST<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,474.92<br>COMMENT: PII ISSUE - EMAILED | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6546 |
| **CNB BANK**<br>PO BOX 42<br>31 S SECOND ST<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,878.31<br>COMMENT: chg off 2/28/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2008 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY 10087-9262 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 7-2<br>CLAIM: 592.15<br>COMMENT: 9547~GLOBAL/SCH*SYNCHRONY/JCP*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2569 |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0289 |
| **HOLIDAY FINANCIAL SERVICES**<br>POB 209<br>1800 DAISY ST EXT STE 350<br>CLEARFIELD, PA 16830 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,824.84<br>COMMENT: 2460/SCH*NO POD | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 0289 |
| **KARTHAUS BURNSIDE JOINT SEWER AUTHORI**<br>C/O DAVID S GAINES JR ESQ<br>720 S ATHERTON ST STE 201<br>STATE COLLEGE, PA 16801 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SWG/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0025 |
| **PATENAUDE AND FELIX APC**<br>4545 MURPHY CANYON RD<br>3RD FL<br>SAN DIEGO, CA 92123 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~SYNC BANK~LOWES/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3066 |
| **PA STATE EMPLOYEES CU/PSECU**<br>POB 67013<br>HARRISBURG, PA 17106-7013 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: REPO~UNS/SCH*SURR/PL*CL=10062.21 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0088 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~JCP/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2569 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~LOWES/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 8271 |
| **CKG AREA AUTHORITY**<br>PO BOX 104<br>FRENCHVILLE, PA 16836 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4-2<br>CLAIM: 110.30<br>COMMENT: ACCT NT/SCH*SVC THRU 12/19/2017*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 393 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 76.20<br>COMMENT: NT/SCH*CHG OFF 4/25/2018 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7322 |