**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>PATRICK E. TEATS, SR.<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:18-70419 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 24, 2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/07/2018 and confirmed on 7/20/18. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,424.52 |
| Less Refunds to Debtor | 76.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,348.05 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,250.00 | |
|    Trustee Fee | 279.05 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,529.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9608 | | | | |
|   CLEARFIELD COUNTY TAX CLM BUR | 1,500.00 | 1,500.00 | 319.00 | 1,819.00 |
|     Acct: | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0088 | | | | |
| | | | | 1,819.00 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK E. TEATS, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PATRICK E. TEATS, SR. | 76.47 | 76.47 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
|   KARTHAUS-BURNSIDE JOINT SEWER AU | 550.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0025 | | | | |
|   CKG AREA AUTHORITY | 63.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 371 | | | | |
|   CNB BANK | 2,474.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 6546 | | | | |
|   CNB BANK | 1,878.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 2008 | | | | |
|   ECAST SETTLEMENT CORP | 592.15 | 0.00 | 0.00 | 0.00 |
|     Acct: 2569 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0289 | | | | |
|   KARTHAUS BURNSIDE JOINT SEWER AU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0025 | | | | |
|   PATENAUDE AND FELIX APC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3066 | | | | |
|   CKG AREA AUTHORITY | 110.30 | 0.00 | 0.00 | 0.00 |
| Acct: 393 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE LF | 76.20 | 0.00 | 0.00 | 0.00 |
| Acct: 7322 | | | | |
|   HOLIDAY FINANCIAL SERVICES | 1,824.84 | 0.00 | 0.00 | 0.00 |
| Acct: 0289 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2569 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2569 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8271 | | | | |

***N O N E***

TOTAL PAID TO CREDITORS      1,819.00

TOTAL CLAIMED
PRIORITY      0.00
SECURED      1,500.00
UNSECURED      7,569.72


Date: 09/24/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    PATRICK E. TEATS, SR.

           Debtor(s)

    Ronda J. Winnecour
           Movant
       vs.
    No Repondents.

Case No.:18-70419 JAD

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-70419-JAD |
|---|---|
| Patrick E. Teats, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: jhel | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2021 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick E. Teats, Sr., 31 Water Street, P.O. Box 49, Karthaus, PA 16845-0049 |
| 14860387 | + | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 14860386 | + | Covington, Karthaus, Girard Area Authority, PO Box 104, 777 Frenchville Road, Frenchville, PA 16836-8852 |
| 14860390 | + | Holiday Financial Services, Clearfield Mall Unit 350, 1800 Daisy Street, Clearfield, PA 16830-3265 |
| 14860391 | + | Karthaus-Burnside Joint Sewer Authority, c/o David S. Gaines Jr. Esq, 720 South Atherton Street, Suite 201, State College, PA 16801-4669 |
| 14860392 | + | Karthaus-Burnside Joint Sewer Authority, 89 Tippie Road, P.O. Box 97, Karthaus, PA 16845-0097 |
| 14860393 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14897136 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14860388 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Sep 28 2021 23:48:00 | CNB Bank, P.O. Box 42, Clearfield, PA 16830-0042 |
| 14860389 | + | Email/Text: bankruptcy@affglo.com | Sep 28 2021 23:48:00 | Global Credit & Collection Corp., 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14861060 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 28 2021 23:51:22 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14860395 | + | Email/Text: bankruptcynotices@psecu.com | Sep 28 2021 23:48:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14860394 | + | Email/Text: paparalegals@pandf.us | Sep 28 2021 23:48:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14897149 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 23:48:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14860396 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 28 2021 23:48:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14860397 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 23:51:17 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14860398 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 28 2021 23:51:26 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14893137 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 29 2021 00:06:21 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Patrick E. Teats Sr. thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4