| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Patrick E. Teats Sr.** | Social Security number or ITIN **xxx–xx–0088** |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: **18–70419–JAD** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Patrick E. Teats Sr.

<u>11/30/21</u>

**By the court:**    <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                Case No. 18-70419-JAD

Patrick E. Teats, Sr.                                     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7                      User: bsil                                 Page 1 of 2

Date Rcvd: Nov 30, 2021                 Form ID: 3180W                      Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patrick E. Teats, Sr., 31 Water Street, P.O. Box 49, Karthaus, PA 16845-0049 |
| 14860387 | + | Clearfield County Tax Claim Bureau, 230 East Market Street, Clearfield, PA 16830-2448 |
| 14860386 | + | Covington, Karthaus, Girard Area Authority, PO Box 104, 777 Frenchville Road, Frenchville, PA 16836-8852 |
| 14860390 | + | Holiday Financial Services, Clearfield Mall Unit 350, 1800 Daisy Street, Clearfield, PA 16830-3265 |
| 14860391 | + | Karthaus-Burnside Joint Sewer Authority, c/o David S. Gaines Jr. Esq, 720 South Atherton Street, Suite 201, State College, PA 16801-4669 |
| 14860392 | + | Karthaus-Burnside Joint Sewer Authority, 89 Tippie Road, P.O. Box 97, Karthaus, PA 16845-0097 |
| 14860393 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 01 2021 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2021 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 01 2021 04:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 30 2021 23:38:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 14860388 | + | Email/Text: BANKRUPTCY@BANKCNB.COM | Nov 30 2021 23:38:00 | CNB Bank, P.O. Box 42, Clearfield, PA 16830-0042 |
| 14860389 | + | Email/Text: bankruptcy@affglo.com | Nov 30 2021 23:38:00 | Global Credit & Collection Corp., 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 14861060 | + | EDI: RECOVERYCORP.COM | Dec 01 2021 04:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14860395 | + | Email/Text: bankruptcynotices@psecu.com | Nov 30 2021 23:38:00 | PSECU, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 14860394 | + | Email/Text: paparalegals@pandf.us | Nov 30 2021 23:38:00 | Patenaude & Felix, A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317-8584 |
| 14897149 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 30 2021 23:38:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14860396 | + | Email/Text: bankruptcyteam@quickenloans.com | Nov 30 2021 23:38:00 | Quicken Loans, Inc., 1050 Woodward Avenue, Detroit, MI 48226-3573 |

| 14860397 | + EDI: RMSC.COM | | |
| | | Dec 01 2021 04:38:00 | Synchrony Bank/JC Penny, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14860398 | + EDI: RMSC.COM | | |
| | | Dec 01 2021 04:38:00 | Synchrony Bank/Lowes, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14893137 | EDI: AIS.COM | | |
| | | Dec 01 2021 04:38:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14897136 | EDI: ECAST.COM | | |
| | | Dec 01 2021 04:38:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Patrick E. Teats Sr. thedebterasers@aol.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4